May 20, 1971

## Alcott *v.* Pollock, Appellant.

Argued March 18, 1971. *Alan R. Kutner,* for appellant; *David Kanner,* with him *Kanner, Stein, Feinberg & Barol,* for appellee.

Order affirmed.

## Bedford *v.* Bedford, Appellant.

Argued March 22, 1971. *William L. O'Hey, Jr.,* with him *Edward Fackenthal, Martin J. Cunningham, Jr.,* and *Henderson, Wetherill, O'Hey & Horsey,* for appellant; *Lawrence A. Brown,* for appellee.

Order affirmed.

## Cade et ux., Appellants, *v.* Yellow Cab Company of Philadelphia.

Argued March 23, 1971. *Mitchell A. Kramer,* with him *David C. Harrison,* and *Kramer, Harrison & Bernstein,* for appellants; *Charles C. Hileman, III,* with him *Schnader, Harrison, Segal & Lewis,* for appellee.

Order affirmed.